The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-288 JLR |
| Plaintiff, | [PROPOSED] ORDER DISMISSING THE INFORMATION WITHOUT PREJUDICE |
| v. | |
| ELVIO ESTRADA-VARGAS, | |
| Defendant. | |

The Government's Unopposed Motion to Dismiss the Information Without Prejudice is GRANTED. IT IS HEREBY ORDERED that the Information in the above-captioned matter be dismissed without prejudice.

DATED this 3RD day of January, 2018.

JAMES L. ROBART
United States District Judge

Presented by:

*/s/ Benjamin T. Diggs*
BENJAMIN T. DIGGS
Special Assistant United States Attorney